JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE A. GREER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION; ATTORNEY COLLECTION SERVICES INC.; and DOES 1 through 20, Inclusive,<br><br>    Defendants. | Case No. EDCV 11-01735-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendants and that Plaintiff take nothing on her Complaint, and her action be DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: September 6, 2012

_____
VIRGINIA A. PHILLIPS
United States District Judge